**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN LOVELESS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:13cv220 |
| | § | Judge Clark/Judge Mazzant |
| CITY OF BELLS, TEXAS, | § | |
| OFFICER CHRISTOPHER HOPPE, | § | |
| and CHIEF BILLY SAUNDERS, | § | |
| | § | |
| *Defendants.* | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 11, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant City of Bells, Texas' Motion to Dismiss Complaint [Doc. #6] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendant City of Bells, Texas' Motion to Dismiss Complaint [Doc. #6] is **GRANTED**, and the City of Bells, Texas, is **DISMISSED** with prejudice.

It is further **ORDERED** that defendants Officer Christopher Hoppe and Chief Billy Saunders are **DISMISSED** without prejudice, for failure to serve.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** on August __30__, 2013.

_____
Ron Clark, United States District Judge